**Order entered November 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00615-CV

**DASPIT LAW FIRM, PLLC, Appellant**

**V.**

**ERIC HERMAN AND LAW OFFICES OF ANJEL K. AVANT, PLLC D/B/A AVANT LAW FIRM, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01463-C**

## ORDER

This accelerated appeal was filed May 17, 2019. On October 11, 2019, we ordered court reporter Janet E. Wright to file, no later than October 21, 2019, a supplemental reporter's record containing Plaintiff's Exhibit 1 and Defendant's Exhibit 1, both of which were admitted into evidence at a hearing held April 29, 2019. To date, however, the supplemental record has not been filed. Accordingly, we **ORDER** Ms. Wright to file the supplemental record no later than November 7, 2019. We further **ORDER** appellees to file their brief within twenty days of the filing of the supplemental record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/     ERIN A. NOWELL
        JUSTICE